Eastern District of Kentucky
FILED

JUL 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**UNITED STATES OF AMERICA**

**V.**                                              **INDICTMENT NO.**  5:26-CR-076-REW

**DANZELL DONTE CRUSE**

\*       \*       \*       \*       \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about December 3, 2024, in Jessamine County, in the Eastern District of Kentucky,

**DANZELL DONTE CRUSE**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about December 4, 2024, in Jessamine County, in the Eastern District of Kentucky,

**DANZELL DONTE CRUSE**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about December 19, 2024, in Jessamine County, in the Eastern District of Kentucky,

**DANZELL DONTE CRUSE**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 4
### 18 U.S.C. § 2113(a) & 18 U.S.C. § 2

On or about December 27, 2024, in Fayette County, in the Eastern District of Kentucky,

**DANZELL DONTE CRUSE,**

aided and abetted by another person known to the Grand Jury, by force and violence, and by intimidation, did take from the person and presence of another money, that is, approximately $3,110, belonging to and in the care, custody, control, management, and possession of Community Trust Bank, located at 185 Pasadena Drive, Lexington, Kentucky, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

## COUNT 5
### 21 U.S.C. § 841(a)(1)

On or about January 10, 2025, in Jessamine County, in the Eastern District of Kentucky,

### DANZELL DONTE CRUSE

did knowingly and intentionally distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
### 18 U.S.C. §§ 2113(a) & 18 U.S.C. § 2

On or about January 29, 2025, in Fayette County, in the Eastern District of Kentucky,

### DANZELL DONTE CRUSE,

aided and abetted by another person known to the Grand Jury, by force and violence, and by intimidation, did take from the person and presence of another money, that is, approximately $2,323.00, belonging to, and in the care, custody, control, management, and possession of Central Bank, located at 256 Southland Drive, Lexington, Kentucky, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

## COUNT 7
### 21 U.S.C. § 841(a)(1)

On or about January 29, 2025, in Fayette County, in the Eastern District of Kentucky,

**DANZELL DONTE CRUSE**

did knowingly and intentionally possess with intent distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 8
### 18 U.S.C. § 922(o)

On or about January 29, 2025, in Fayette County, in the Eastern District of Kentucky,

**DANZELL DONTE CRUSE**

did knowingly possess a machine gun, that is, a Glock, Model 23, .40 caliber firearm bearing serial number CBVY961, with a machine gun conversion device attached, knowing, or being aware of, the essential characteristics of the firearm which made it a "machine gun" as defined by 18 U.S.C. § 921(a), in violation of 18 U.S.C. § 922(o).

## COUNT 9
### 18 U.S.C. § 922(g)

On or about January 29, 2025, in Fayette County, in the Eastern District of Kentucky,

**DANZELL DONTE CRUSE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock, Model 23, .40 caliber firearm bearing serial number CBVY961 that was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853
### 18 U.S.C. § 981(a)(1)(C)
### 18 U.S.C. § 924(d)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offenses alleged in Counts 1, 2, 3, 5, and 7 of the Indictment, **DANZELL DONTE CRUSE** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **DANZELL DONTE CRUSE** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      By virtue of the commission of the offense alleged in Counts 4 and 6 of the Indictment, **DANZELL DONTE CRUSE** shall forfeit to the United States any and all property, real or personal, which constitutes or is derived from proceeds traceable to the violations of 18 U.S.C. § 2113(a). Any and all interest that **DANZELL DONTE CRUSE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

3.      By virtue of the commission of the offenses alleged in the Indictment, **DANZELL DONTE CRUSE** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 21 U.S.C. § 841 and 18 U.S.C. §§ 922 and 2113(a). Any and all interest that **DANZELL DONTE CRUSE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

4.     The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**
    a.  Glock, Model 23, .40 caliber firearm bearing serial number CBVY961; and
    b.  Assorted ammunition.

**MONEY JUDGMENT:**
    A forfeiture money judgment in the amount of $5,433.00, which represents the amount of proceeds that the Defendant obtained as a result of the violations of 18 U.S.C. § 2113(a).

5.     If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

_____
**FOREPERSON**

_____
**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

for AMG
_____
**AUBREY MCGUIRE GIROUARD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**  Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**COUNTS 2, 3, 5, & 7:**  Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNTS 4 & 6:**  Not more than 20 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 8:**  Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 9:**  Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**  Forfeiture of all listed property.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.